**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| PENELOPE CLEEK,<br>　　　　　Plaintiff,<br>　vs.<br><br>TRIPLE T SPECIALTY MEATS, INC., an Iowa Corporation, and FAREWAY STORES, INC., an Iowa Corporation,<br>　　　　　Defendants. | CASE NO:  4:20-cv-00039-RGE-HCA |
| FAREWAY STORES, INC.,<br>　　　　　Cross-Claim Plaintiff,<br>　vs.<br><br>TRIPLE T SPECIALTY MEATS, INC.,<br>　　　　　Cross-Claim Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　COME NOW the above-named parties, by and through their respective counsel below, and hereby stipulate and agree pursuant to F.R.C.P. 41(a)(1) that the above-captioned matter, including all claims and cross-claims, can be dismissed with prejudice. The parties further agree and stipulate that the Court may enter an Order dismissing this action, including all claims and cross-claims, with prejudice without any further notice to any party.  The parties agree to pay their own costs.

ATTORNEY FOR PLAINTIFF:

　/s/ Candy K. Pastrnak
Candy K. Pastrnak
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, Iowa 52801
P: 563-323-7737
F: 563-323-7739
Email: ckpastrnak@pastrnak.com
Attorney for Penelope Cleek

ATTORNEYS FOR DEFENDANTS:

　/s/ Martha L. Shaff
Martha L. Shaff
BETTY, NEUMAN & McMAHON, P.L.C.
1900 East 54th Street
Davenport, Iowa 52807
P: 563-326-4491
F: 563-326-4498
Email: mls@bettylawfirm.com
Attorney for Triple T Specialty Meats, Inc.

　/s/ Lance W. Lange
Lance W. Lange
David W. Creasey
Elizabeth J. Carter
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309

P: 515-248-9000
F: 515-248-9010
E: lance.lange@faegredrinker.com
   david.creasey@faegredrinker.com
   elizabeth.carter@faegredrinker.com
Attorneys for Fareway Stores, Inc.

# CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS

I, Candy K. Pastrnak, hereby certify that on December 7, 2021, a true copy of the foregoing Stipulation for Dismissal with Prejudice was served electronically upon the following:

| ATTORNEY FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Candy K. Pastrnak<br>PASTRNAK LAW FIRM, P.C.<br>313 West Third Street<br>Davenport, Iowa 52801<br>P: 563-323-7737<br>F: 563-323-7739<br>Email: ckpastrnak@pastrnak.com<br>Attorney for Penelope Cleek | Martha L. Shaff<br>BETTY, NEUMAN & McMAHON, P.L.C.<br>1900 East 54th Street<br>Davenport, Iowa 52807<br>P: 563-326-4491<br>F: 563-326-4498<br>Email: mls@bettylawfirm.com<br>Attorney for Triple T Specialty Meats, Inc. |
| | Lance W. Lange<br>David W. Creasey<br>Elizabeth J. Carter<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309<br>P: 515-248-9000<br>F: 515-248-9010<br>E: lance.lange@faegredrinker.com<br>   david.creasey@faegredrinker.com<br>   elizabeth.carter@faegredrinker.com<br>Attorneys for Fareway Stores, Inc. |